THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARITESS JERRICKS, | CASE NO. C18-0266-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend Defendant's time to answer Plaintiff's complaint (Dkt. No. 7). Finding good cause, the Court GRANTS the motion. The deadline for Defendant to answer Plaintiff's complaint shall be extended to March 14, 2018.

DATED this 28 day of February 2018.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk